# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| CHRISTOPHER BLASSINGAME, | : |
| Plaintiff, | : |
| v. | : Civil No. 1:19-CV-00541-SCJ-JCF |
| DIVERSIFIED CONSULTANTS, INC., | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: April 18, 2019      By: */s/* Dennis Kurz
                                Dennis Kurz, Esq.
                                Kurz Law Group, LLC
                                1640 Powers Ferry Rd.
                                Building 17, Ste 200
                                Marietta GA 30067
                                (678) 264-8003
                                (678) 245-6805
                                dennis@kurzlawgroup.com

## **CERTIFICATE OF SERVICE**

I, Dennis Kurz, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Brent E. Bartholomew
Sessions, Fishman, Nathan & Israel, LLC
3850 North Causeway Blvd., Suite 200
Metairie, LA 70002
Attorney for Defendant

Dated: April 18, 2019                    By: */s/* Dennis Kurz
                                             Dennis Kurz, Esq.
                                             Kurz Law Group, LLC
                                             1640 Powers Ferry Rd.
                                             Building 17, Ste 200
                                             Marietta GA 30067
                                             (678) 264-8003
                                             (678) 245-6805
                                             dennis@kurzlawgroup.com