IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| CHRISTOPHER BLASSINGAME, § § Plaintiff, § § v. § § DIVERSIFIED CONSULTANTS, INC., § § Defendant. § § § | Civil Action No. 1:19-cv-00541-SCJ |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

*/s/* Kirsten H. Smith                     */s/* Dennis Kurz

  Kirsten H. Smith, Esq.                    Dennis Kurz, Esq.
  Sessions, Fishman, Nathan & Israel, LLC   Kurz Law Group, LLC
  3850 North Causeway Blvd., Suite 200      1640 Powers Ferry Rd.
  Metairie, LA 70002                        Building 17, Suite 200
  Phone: 504-846-7943                       Marietta, GA 30067
  Email:  ksmith@sessions.legal             Phone: 678-264-8003
  Attorney for the Defendant                Email: dennis@kurzlawgroup.com
                                            Attorney for Plaintiff
  Date: June 18, 2019
                                            Date: June 18, 2019

BY THE COURT:

_____
                                          J.

## **CERTIFICATE OF SERVICE**

I, Dennis Kurz, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Kirsten H. Smith, Esq.
Sessions, Fishman, Nathan & Israel, LLC
3850 North Causeway Blvd., Suite 200
Metairie, LA 70002
Phone: 504-846-7943
Email: ksmith@sessions.legal
Attorney for the Defendant

Dated: June 18, 2019                     By: /s/ Dennis Kurz
                                         Dennis Kurz, Esq.
                                         Kurz Law Group, LLC
                                         1640 Powers Ferry Rd.
                                         Building 17, Suite 200
                                         Marietta, GA 30067
                                         Phone: 678-264-8003
                                         Email: dennis@kurzlawgroup.com
                                         Attorney for Plaintiff